| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **Western District of Texas** |
| Case number (if known): _____ Chapter **11** |

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  SAR American Properties, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**  8 5 – 2 1 5 6 6 2 6

**4. Debtor's address**

Principal place of business:
c/o Alex Sinno
12258 I-35 Frontage Rd
Number    Street
San Antonio, TX 78233
City    State    ZIP Code

Bexar
County

Mailing address, if different from principal place of business:
_____
Number    Street
_____
City    State    ZIP Code

Location of principal assets, if different from principal place of business:
_____
Number    Street
_____
City    State    ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---
Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor __SAR American Properties, LLC__  Case number *(if known)* _____
       Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
__5__ __3__ __1__ __2__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When ___/___/____ (MM/DD/YYYY) Case number _____
         District _____ When ___/___/____ (MM/DD/YYYY) Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
       District _____ When ___/___/____ (MM/DD/YYYY)
       Case number, if known _____

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page **2**

Debtor **SAR American Properties, LLC**     Case number *(if known)* _____
        Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
          Number    Street

_____
City            State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000

☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000    ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion

☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor **SAR American Properties, LLC**    Case number *(if known)* _____
        Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/30/2025**
              MM/ DD/ YYYY

X **/s/ Alex Sinno**                              **Alex Sinno**
Signature of authorized representative of debtor        Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ Ronald Smeberg**          Date **06/30/2025**
Signature of attorney for debtor              MM/ DD/ YYYY

**Ronald Smeberg**
Printed name

**The Smeberg Law Firm**
Firm name

**4 Imperial Oaks**
Number     Street

**San Antonio**          **TX**     **78248-1609**
City                    State   ZIP Code

**(210) 695-6684**              **ron@smeberg.com**
Contact phone                  Email address

**24033967**                **TX**
Bar number                  State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **4**

Fill in this information to identify the case:

Debtor name: **SAR American Properties, LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Capital Assist<br>323 Sunny Isles Blvd Ste 503<br>Sunny Isl Bch, FL 33160-4675 | | MCA Loan | | | | $100,000.00 |
| 2 | Dynasty Capital 26, LLC<br>9614 Metropolitan Ave<br>Forest Hills, NY 11375-6674 | | MCA Loan | | | | $100,000.00 |
| 3 | Recovery Unit<br>9538 campton farms<br>San Antonio, TX 78250 | | Security Fence Rental and Security Personnel Services | | | | $37,000.00 |
| 4 | Golden Key Smith<br>8380 Eckhert Rd # 103<br>San Antonio, TX 78240-2643 | | Doors and Keys | | | | $24,000.00 |
| 5 | Green Services<br>13110 Oxford Bnd<br>San Antonio, TX 78249-2314 | | | | | | $7,400.00 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

| Debtor | SAR American Properties, LLC | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 2

Fill in this information to identify the case:

Debtor name __**SAR American Properties, LLC**__

United States Bankruptcy Court for the:
__**Western District of Texas**__

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**06/30/2025**__
MM/ DD/ YYYY

X __/s/ Alex Sinno__
Signature of individual signing on behalf of debtor

__Alex Sinno__
Printed name

__Manager__
Position or relationship to debtor

Official Form B202  **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

IN RE: **SAR American Properties, LLC**          CASE NO

         CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **06/30/2025**   Signature     **/s/ Alex Sinno**
                                                                         Alex Sinno, Manager

| | | |
|---|---|---|
| Alex Sinno<br>25022 Earthstone Dr<br>San Antonio, TX 78258-2356 | Capital Assist<br>323 Sunny Isles Blvd Ste 503<br>Sunny Isl Bch, FL 33160-4675 | CT Corporation System<br>ATTN: SPRS<br>330 N Brand Blvd Ste 700<br>Glendale, CA 91203-2336 |
| Dynasty Capital 26, LLC<br>9614 Metropolitan Ave<br>Forest Hills, NY 11375-6674 | First Corporate Solutions<br>914 S St<br>Sacramento, CA 95811-7025 | Frost Bank<br>Park North Financial Center<br>Po Box 1600<br>San Antonio, TX 78296 |
| Frost Bank<br>PO Box 34746<br>San Antonio, TX 78265 | Golden Key Smith<br>8380 Eckhert Rd # 103<br>San Antonio, TX 78240-2643 | Green Services<br>13110 Oxford Bnd<br>San Antonio, TX 78249-2314 |
| Internal Revenue Service<br>Austin Service Center<br>Attn Aur<br>Austin, TX 73301-0001 | James Liebler<br>44 W. Flagler St.<br>Courthouse Tower 25th Floor<br>Miami, FL 33130 | John James<br>c/o CT Lien Solutions<br>2929 Allen Pkwy Ste 3300<br>Houston, TX 77019-7112 |
| Recovery Unit<br>9538 campton farms<br>San Antonio, TX 78250 | Richmond Capital Solutions<br>c/o Triton Recovery Group<br>3111 N University Dr Ste 604<br>Coral Springs, FL 33065-5060 | Sky Builders USA<br>3201 E Colonial Dr Unit D50<br>Orlando, FL 32803-5172 |
| Synergy Capital Auto Lending, LLC<br>c/o Alex Sinno<br>9410 Old Tezel Rd<br>San Antonio, TX 78254-2087 | Texas Auto Save LLC<br>c/o Alex Sinno<br>9410 Old Tezel Rd<br>San Antonio, TX 78254 | Texas Comptroller of Public Account<br>Attn: Bankruptcy<br>Po Box 149359<br>Austin, TX 78714-9359 |
| The Smeberg Law Firm<br>4 Imperial Oaks<br>San Antonio, TX 78248-1609 | Westlake Capital Financials<br>4751 Wilshire Blvd Ste 100<br>Los Angeles, CA 90010-3847 | |

## ARTICLE I.
### Recitals

Whereas the Members of SAR American Properties, LLC (the "Company"), acknowledge that the Company cannot continue operating under its current debt structure;

Whereas the Members believe that filing a bankruptcy under Chapter 11 of the Bankruptcy Code to reorganize the Company is the best current option to the Company to realize the largest repayments to creditors of the Company, equity holders and parties in interest;

Whereas the Members of the Company desire to authorize the Company's Manager, Alex Sinno to execute all documents necessary to place the Company in Chapter 11 bankruptcy reorganization as a Chapter 11 debtor;

Therefore, the Members of the Company resolve as follows:

## ARTICLE II.
### Resolutions

1. The Members resolve that the Company shall enter into a Chapter 11 Bankruptcy and Alex Sinno may execute all documents related to the Chapter 11 Bankruptcy on the Company's behalf within his business judgment.
2. The Members resolve to retain and authorize Smeberg Law Firm, PLLC to take all actions in the Chapter 11 bankruptcy it deems reasonably necessary to protect the Company's interest in accordance with the retainer agreement executed for that purpose.

**IN WITNESS WHEREOF**, the Members of SAR American Properties, LLC have resolved as stated above and have caused their signatures, to be set forth below on this the 27th day of June 2025.

Approved:

By: _____ [DocuSigned by: 793C02CB3FB0404...]
Alex Sinno, Managing Member


*Membership Ratification:*

By: _____ [DocuSigned by: 793C02CB3FB0404...]
Alex Sinno, Member

*Membership Ratification:*

By: _____ [Signed by: DA73323623084B0...]
Sridhar Vasireddy, Member


*Membership Ratification:*